UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:12-cr-453-MMD-GWF |
| ALLEN ADAMS, | ) ) | |
| Defendant. | ) ) | ORDER |

On January 2, 2013, the Court granted the Federal Public Defender's sealed "Emergency Motion to Withdraw and Appointment of New Counsel" (#39) and new counsel was ordered appointed (#42). Therefore;

IT IS HEREBY ORDERED that Daniel J. Albregts, Esq. is appointed as counsel for Allen Adams in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Albregts forthwith.

DATED this __7th__ day of January, 2013.

Nunc Pro Tunc Date: January 4, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge