**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-453-APG-(GWF) |
| ) | |
| GREGORY RUIZ, ) | |
| DIANA RUIZ (a.k.a. "Diana Espinoza"), ) | |
| REBEKAH FOUQUET, and ) | |
| ALLEN ADAMS, ) | |
| ) | |
| Defendants. ) | |

**PROTECTIVE ORDER REGARDING THE $2,422**

This Court having read the United States of America's Motion for a Protective Order regarding the $2,422 Pending the Criminal Case, and good cause having been shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America is authorized to maintain and preserve the $2,422 until the conclusion of the instant criminal case, or pending further Order of this Court;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in applying for and obtaining this Order, the United States of America has complied with the requirements of 18 U.S.C. § 983(a)(3)(A)-(C) and 21 U.S.C. § 853(e) regarding the preservation of the $2,422 for criminal forfeiture.

DATED this 27 day of June, 2013.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge