**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-CR-453-APG-(GWF) |
| | ) | |
| ALLEN ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE AS TO ALLEN ADAMS**

On September 26, 2013, this Court entered an Amended Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p), forfeiting property of defendant ALLEN ADAMS to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 93; Plea Agreement, ECF No. 94; Amended Preliminary Order of Forfeiture, ECF No. 120.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p), that the

. . .

. . .

. . .

. . .

. . .

forfeiture of the property named in the Amended Preliminary Order of Forfeiture is final as to defendant ALLEN ADAMS.

DATED this  18  day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE