Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
# for
# the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Allen Adams**

Case Number: **2:12CR00453**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **November 15, 2013**

Original Offense: **Conspiracy to Distribute a Controlled Substance**

Original Sentence: **24 Months prison, followed by 36 months TSR.**

Date Supervision Commenced: **November 6, 2015**

## SUMMARY

On January 2, 2018, Adams submitted a travel request for San Cristobal, Chiapas, Mexico, from February 17, 2018 – February 24, 2018. The purpose of the trip is to accompany his live-in girlfriend's family on a vacation.

If approved, Adams will travel via airplane to Mexico and will reside at the Hotel Jardines De Luz, Av Insurgentes 32 Sta Lucia 29250 San Cristobal, Mexico, for the duration of the vacation. Adams indicates that the cost to him is minimal ($500.00) as the trip was a gift.

Currently, Adams is in compliance with his conditions of supervision. The Probation Office respectfully requests that Adams be permitted to travel to Mexico on the aforementioned dates. Adams is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

RE: Allen Adams

Respectfully submitted,

**Tawni Lea Salem**

Digitally signed by Tawni Lea Salem
DN: o=Administrative Office of the US Courts, email=tawni_salem@nvp.uscourts.gov, cn=Tawni Lea Salem
Date: 2018.01.19 08:43:23 -08'00'

Tawni Salem
United States Probation Officer

Approved:

Todd Fredlund
2018.01.18
10:07:02 -08'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

✓ Requested Travel is Approved

☐ Requested Travel is Denied

☐ Other

Signature of Judicial Officer

1/19/2018

Date